# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CESAR AUGUSTO DE SOUZA ALMEIDA, | No. 4:26-CV-01750 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| CRAIG A. LOWE, *et al.*, | |
| Respondents. | |

## ORDER

### JULY 22, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. De Souza Almeida's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2. The Government **SHALL** either shall release De Souza Almeida on his own recognizance pursuant to 8 U.S.C. § 1226(a), or provide De Souza Almeida with an individualized bond hearing at which he may present evidence on or before Wednesday, July 29, 2026;

3. On or before Wednesday, August 12, 2026, Respondents **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was granted or denied and, if denied, provide a detailed explanation of

the reasons for such denial (beyond simply stating that Petitioner was found to be a danger or flight risk); and

4.    The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge