**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CESAR AUGUSTO DE SOUZA ALMEIDA,

Petitioner,

v.

CRAIG A. LOWE, *Warden, Pike County Correctional Facility, et al.*,

Respondents.

No. 4:26-CV-01750

(Chief Judge Brann)

**ORDER**

**SEPTEMBER 30, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Cesar Augusto De Souza Almeida's motion to enforce the judgment (Doc. 13) is **GRANTED**;
2. The Government **SHALL** release De Souza Almeida from custody within 48 hours of the date of this Order;
3. The Government shall not arrest, detain, or otherwise take De Souza Almeida into custody on the basis of his immigration status for a period of at least fourteen days following his release from custody; and
4. Should De Souza Almeida be redetained pursuant to § 1226(a), the Government shall provide him with an individualized bond hearing

comporting with due process as soon as reasonably practicable at which the Government shall bear the burden of proof by clear and convincing evidence.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge